IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR101 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD D. AVILA II, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on the motion of Julianne Dunn Herzog to remove the file and transcripts in this case (Filing No. 509). The Court finds said motion should be granted. Accordingly,

      IT IS ORDERED that said motion is granted; Julianne Dunn Herzog shall be permitted to remove from the clerk's office the file and transcripts in this case.

      DATED this 10th day of June, 2008.

                                      BY THE COURT:

                                      /s/ Lyle E. Strom
                                      _____
                                      LYLE E. STROM, Senior Judge
                                      United States District Court